IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: December 5, 2012 |
| Court Reporter: Gwen Daniel | Probation: Nicole D. Peterson |

_____

Criminal Action No. 12-cr-00295-WJM-01      *Counsel:*

UNITED STATES OF AMERICA,                   Richard A. Hosley

    Plaintiff,

v.

DILLON DEAN ROBINSON,                       Matthew C. Golla

    Defendant.

_____

### COURTROOM MINUTES
_____

EVIDENTIARY SENTENCING HEARING

04:35 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Defendant.

Court's comments

Mr. Hosley's comments

**GOVERNMENT'S WITNESS CHRIS ANDREW BROWN**
04:39  Direct (by Mr. Hosley)

1

              EXHIBITS IDENTIFIED, OFFERED AND RECEIVED:
              1, 2, 3

04:43  Cross (by Mr. Golla)

04:45  Mr. Hosley's Sentencing Statement

04:55  Mr. Golla's Sentencing Statement

The Court addresses the Defendant's objections to the Presentence Investigation Report.

Mr. Golla agrees with the Court that the Defendant's objections to 1 and 3 are now moot given the revisions and corrections made by the probation officer to the final report.

The Court overrules Defendant's Objection No. 2 to the PSIR.

Government's oral motion for dismissal with prejudice of Count 2 of the Indictment (by Mr. Hosley).

**ORDERED: The Government's oral motion for dismissal with prejudice of Count 2 of the Indictment is GRANTED.**

**ORDERED: The Motion for USSG § 3E1.1 One-Level Decrease for Acceptance of Responsibility (ECF No. 23) is GRANTED**.

Defendant's Allocution

**ORDERED: The Defendant WITHDRAWS his Motion for a Downward Departure. Defendant's Motion for Downward Variance (ECF No. 18) is GRANTED.**

> Defendant plead guilty to Count One of the Indictment on September 7, 2012

**ORDERED: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the Defendant, Dillon Dean Robinson, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 24 months.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give Defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons designate an**

**institution for the Defendant with a substance abuse and mental health treatment program and that the Defendant take advantage of those programs during his imprisonment.**

**ORDERED: Upon release from imprisonment, the Defendant shall be placed on supervised release for a term of three years. Within 72 hours of release from the custody of the Bureau of Prisons, the Defendant shall report in person to the probation office in the district to which the Defendant is released.**

**While on supervised release, the Defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**

**The Defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The Defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The Defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED: Special Conditions of Supervised Release:**

1) **The Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the Defendant is released from the program by the probation officer. The Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

2   **The Defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the Defendant is released from the program by the probation officer. The Defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the Presentence Investigation Report for continuity of treatment.**

**The Defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**

**The Court FINDS that the Defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case apart from the Special Assessment**.

The Court advises the Defendant of his right to appeal the Court's sentencing decision to the Tenth Circuit Court of Appeals by filing a written notice of appeal within 14 days from the date of entry of judgment.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

05:17 p.m.      Court in Recess
                Hearing concluded
                Time:  42